UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
LABORERS PENSION TRUST FUND -
DETROIT & VICINITY; et al,                         Case No. 2:20-cv-11052

            Plaintiffs,                         Hon. Laurie J. Michelson

v.

RED STAR CONSTRUCTION GROUP, LLC,
a Delaware limited liability company; and
DARKO MARTINOVSKI, an individual,
jointly and severally,

            Defendants.
_____/

AMENDED DEFAULT JUDGMENT IN FAVOR OF
PLAINTIFFS AND AGAINST DEFENDANTS RED STAR
CONSTRUCTION GROUP, LLC AND DARKO MARTINOVSKI,
INDIVIDUALLY, JOINTLY AND SEVERALLY

THIS MATTER is before the Court upon Plaintiffs' Motion to Amend Default

Judgment in Favor of Plaintiffs and Against Defendants Red Star Construction

Group, LLC and Darko Martinovski, Individually, Jointly and Severally [Docket

No. 12] Nunc Pro Tunc as filed with the Court on July 28, 2021 at Docket No. 59.

The Court being otherwise fully advised in the premises and finding good cause for

entry of this Amended Default Judgment,

IT IS ORDERED AND ADJUDGED THAT:

1.      Plaintiffs shall have Judgment against Defendants Red Star

\#                                          \#

Construction Group, LLC and Darko Martinovski, Individually, jointly and severally, in the amount of $70,305.52[1] *nunc pro tunc* October 21, 2020.

2.     Post-Judgment interest will accrue on the amount set forth in paragraph 1 above from and after October 21, 2020 as provided for in 18 U.S.C. §1961 and Plaintiffs shall have full and immediate rights of execution hereon.

3.     The Court shall retain jurisdiction to enforce the terms of this Amended Judgment, including, but not limited to, any and all post-judgment collection actions or proceedings required by Plaintiffs to collect or otherwise enforce this Amended Judgment pursuant to the terms stated herein. This retention of jurisdiction shall not, however, act to deprive any other court which has concurrent jurisdiction herewith of jurisdiction to enforce the terms of this Amended Judgment.

4.     A copy of this Amended Judgment shall be served on Defendants and Plaintiffs are to docket the corresponding certificate of service.

SO ORDERED.

Dated: August 9, 2021

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

---

[1] The Judgment amount is comprised of the known indebtedness for unpaid wages ($19,262.72) and unpaid fringe benefit contributions and liquidated damages ($51,042.70) accrued through May 2020 only by Defendant Red Star's employees, who are represented by Plaintiff Local Union 1076, Laborers International Union of North America, AFL-CIO.