For use by Register of Deeds



FILED
SEP 1 5 2021
CLERK'S OFFICE
DETROIT

| Approved, SCAO | Original - Register of deeds<br>1st copy - Court<br>2nd copy - Judgment creditor | 3rd copy - Judgment debtor<br>4th copy - Return of service |
|---|---|---|
| **U.S. DISTRICT COURT**<br>**EASTERN DISTRICT-MICHIGAN** | **NOTICE OF JUDGMENT LIEN** | **CASE NO.**<br>2:20-cv-11052<br>Hon. Laurie J. Michelson |

**Court address**
231 W. Lafayette Blvd., Detroit, Michigan 48226

**Court telephone no.**
(313) 234-5005

| Plaintiff name<br>Laborers Pension Trust Fund-Detroit & Vicinity, et al | v | Defendant name<br>Red Star Construction Group, LLC & Darko Martinovski |
|---|---|---|

| Judgment creditor's name and address<br>Laborers Pension Trust Fund-Detroit & Vicinity, et al<br>c/o Judgment Creditors' Attorney | Judgment debtor's name and address<br>Darko Martinovski<br>295 Coldiron Dr., Rochester Hills, MI 48307 |
|---|---|
| | Last 4 digits of social security no. or full tax identification no.<br>xxx-xx-9168 |
| Judgment creditor's attorney, bar no., address, and telephone no.<br>David M. Eisenberg (P68678)<br>28400 Northwestern Hwy., 2nd Floor<br>Southfield, MI 48034<br>(248) 354-4030 | Judgment debtor's attorney, bar no., address, and telephone no. |

1. I am recording a judgment lien with the register of deeds in __Oakland__ County against the judgment debtor's current or future interest in real property.
2. The current balance due on the judgment is $ __$70,387.65__ .
3. The judgment was entered on __08/09/2021__ and expires __August 9, 2026__ .
4. Except as otherwise prescribed by statute, this judgment lien expires 5 years after the date it is recorded with the register of deeds or when the underlying judgment expires, whichever is earlier.

09/14/2021
Date

/s/ David M. Eisenberg (P68678)
Signature of judgment creditor/judgment creditor's attorney

This document must be sealed by the seal of the court.

**CERTIFICATION**

I certify that the above notice of judgment lien has been filed and includes the information required by MCL 600.2805(1).

Clerk of the Court: **KINIKIA D. ESSIX**

SEP 1 5 2021
Date

Signed by: _____
Clerk/Deputy clerk

When recorded, return to David M. Eisenberg (P68678)
28400 Northwestern Hwy., 2nd Floor, Southfield, MI 48034

MC 94 (3/06) **NOTICE OF JUDGMENT LIEN**

MCL 600.2805