For use by Register of Deeds



FILED
SEP 15 2021
CLERK'S OFFICE
DETROIT

Approved, SCAO

Original - Register of deeds
1st copy - Court
2nd copy - Judgment creditor

3rd copy - Judgment debtor
4th copy - Return of service

| U.S. DISTRICT COURT EASTERN DISTRICT-MICHIGAN | NOTICE OF JUDGMENT LIEN | CASE NO. 2:20-cv-11052 Hon. Laurie J. Michelson |
|---|---|---|

**Court address**
231 W. Lafayette Blvd., Detroit, Michigan 48226

**Court telephone no.**
(313) 234-5005

| Plaintiff name | v | Defendant name |
|---|---|---|
| Laborers Pension Trust Fund-Detroit & Vicinity, et al | | Red Star Construction Group, LLC & Darko Martinovski |

**Judgment creditor's name and address**
Laborers Pension Trust Fund-Detroit & Vicinity, et al
c/o Judgment Creditors' Attorney

**Judgment debtor's name and address**
Red Star Construction Group, LLC
32406 Franklin Rd., #250487, Franklin, MI 48025

**Last 4 digits of social security no. or full tax identification no.**
83-3662076

**Judgment creditor's attorney, bar no., address, and telephone no.**
David M. Eisenberg (P68678)
28400 Northwestern Hwy., 2nd Floor
Southfield, MI 48034
(248) 354-4030

**Judgment debtor's attorney, bar no., address, and telephone no.**

1. I am recording a judgment lien with the register of deeds in __Oakland__ County against the judgment debtor's current or future interest in real property.
2. The current balance due on the judgment is $ __$70,387.65__ .
3. The judgment was entered on __08/09/2021__ and expires __August 9, 2026__ .
4. Except as otherwise prescribed by statute, this judgment lien expires 5 years after the date it is recorded with the register of deeds or when the underlying judgment expires, whichever is earlier.

09/14/2021
**Date**

/s/ David M. Eisenberg (P68678)
Signature of judgment creditor/judgment creditor's attorney

This document must be sealed by the seal of the court.

**CERTIFICATION**

I certify that the above notice of judgment lien has been filed and includes the information required by MCL 600.2805(1).

Clerk of the Court: **KINIKIA D. ESSIX**

SEP 15 2021
**Date**

Signed by: _____
Clerk/Deputy clerk

When recorded, return to David M. Eisenberg (P68678)
28400 Northwestern Hwy., 2nd Floor, Southfield, MI 48034

MC 94 (3/06) **NOTICE OF JUDGMENT LIEN**

MCL 600.2805